# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LEVIN | : | |
|     Plaintiff, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 18-0893 |
| STRAYER UNIVERSITY, LLC | | |
|     Defendant. | : | |

## **ORDER**

AND NOW, this 24th day of July, 2018, upon consideration of Defendant's Motion to Dismiss (ECF No. 6), Plaintiff's Response thereto (ECF No. 8), and Defendant's Reply (ECF No. 11), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that **on or before August 17, 2018**, Plaintiff shall file a Second Amended Complaint.

                                                          BY THE COURT:

                                                          /s/ C. Darnell Jones, II
                                                          _____
                                                          C. Darnell Jones, II      J.